IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 APR -9 PM 12: 37
CLERK M. Akins
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO: CR 107-147-002 |
| ) | |
| RAMONE MONTA GRIFFIN ) | |

### ORDER

The defendant, Ramone Monta Grffin, was sentenced to probation for a term of five years as per the Judgment dated August 18, 2008 and was discharged from probation on November 22, 2011 by the Order of this Court.

Surety, Jonethia Tillman, has requested the return of the $1,000.00 cash security posted on the defendant's $10,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,000.00 posted by Jonethia Tillman for the defendant, plus all accrued interest thereon, be returned to Jonethia Tillman at 1949 Kratha Dr., Augusta, GA 30906.

This 9th day of April 2019, at Augusta, Georgia.

_____
DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA